COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      *Marc Staff v. Colorado County, Texas Sheriff R. H. "Curly" Wied, in his official & individual capacity*

Appellate case number:    01-14-00323-CV

Trial court case number:  23,211

Trial court:              2nd 25th District Court of Colorado County

Date motion filed:        September 3, 2015

Party filing motion:      Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                    ☐ Acting Individually  ☒  Acting for the Court

Panel consists of: Justices Keyes, Huddle, and Lloyd


Date:  October 15, 2015